UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 21, 2002

MEMORANDUM TO COUNSEL RE:

Tempesta v. Advanced Bionics Corp.
Civ. No. AMD 02-2522

I believe there has been more than adequate time for defendant Johns Hopkins, which allegedly consented to the removal, to be served and to enter an appearance in this case, which was filed in state court in June 2002 and removed thereafter. Accordingly, I am today issuing a scheduling order, notwithstanding the absence of any appearance by Johns Hopkins. As always, the scheduling order will be strictly enforced; I hope that it does not become necessary to sever the claims against Johns Hopkins for a separate trial.*

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court File

---

*I note the allegation that plaintiff failed to exhaust her claims against Johns Hopkins before filing the action in state court. If this allegation is true, be advised that this case will not be delayed for exhaustion.