IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

LISA TEMPESTA,

    Plaintiff,

v.                                        Case No.: AMD-02-2522

ADVANCED BIONICS CORPORATION, and
ADVANCED BIONICS, LLC,

and

JOHNS HOPKINS HOSPITAL

    Defendants.

## LINE OF DISMISSAL

Please enter the above-captioned action as settled, satisfied and DISMISSED WITH PREJUDICE. Each party to bear its own costs.

JANET, WILLOUGHBY, GERSHON,
GETZ & JENNER, LLC

By: _____
Robert K. Jenner, #04165
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208

By: _____
Stephen Cullen, #11838
MILES & STOCKBRIDGE, P.C.
600 Washington Avenue
600 Washington Avenue, Suite 311
Towson, Maryland 21204

CARR MALONEY P.C.

By: _____
Paul J. Maloney, #02026
A. Benjamin Horton, #14317
1667 K Street, N.W.,
Suite 1100
Washington, DC 20006

By: _____
Alan C. Milstein, Esquire
SHERMAN, SILVERSTEIN
  KOHL, ROSE & PODOLSK
4300 Haddonfield Road
Pennsauken, New Jersey 08109

1/24/03 APPROVED

By    *Alicia Reynolds/m*
Alicia Reynolds, Esquire
MILES & STOCKBRIDGE, P.C.
10 Light Street, Suite 1400
Baltimore, Maryland 21202


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Line of Dismissal was mailed, postage pre-paid, this 18th day of December, 2002, to:

    Robert K. Jenner, Esquire
    Janet, Willoughby, Gershon, Getz & Jenner, LLC
    1829 Reisterstown Road, Suite 320
    Baltimore, Maryland 21208

    Alan C. Milstein, Esquire
    Sherman, Silverstein, Kohl, Rose & Podolsky
    4300 Haddonfield Road, Suite 311
    Pennsauken, New Jersey 08109

    Stephen Cullen, Esquire
    600 Washington Avenue
    Suite 300
    Towson, Maryland 21204

    Alicia Reynolds, Esquire
    10 Light Street, Suite 1400
    Baltimore, Maryland 21202


                                Paul J. Maloney